# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | CASE NO. 1:11-cv-00860-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| FERNANDO GONZALES, | (ECF No. 2) |
| Defendant. | |

Plaintiff Cedric Greene ("Plaintiff"), a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed an application to proceed *in forma pauperis* on May 26, 2011. (ECF No. 2.) Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   August 12, 2011**          /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE

1