# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE,<br><br>                    Plaintiff,<br><br>          v.<br><br>FERNANDO GONZALES,<br><br>                    Defendant. | CASE NO. 1:11-cv-00860-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION OR MODIFICATION AND MOTION FOR STAY<br><br>(ECF Nos. 10, 11)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Cedric Greene ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2012, an order issued dismissing Plaintiff's complaint for failure to state a claim. (ECF No. 9.) On May 14, 2012, Plaintiff filed a motion for a stay and a motion for a clarification or reconsideration of the April 23, 2012 order.

Plaintiff's complaint was dismissed, with leave to amend, for failure to state a claim. In his motion for clarification or reconsideration, Plaintiff attempts to clarify the claims that he presented in the complaint, however under Local Rule 220, Plaintiff cannot amend the original complaint simply by attaching documents to it. Plaintiff's allegations in the complaint failed to state a cognizable claim. Therefore, to correct the deficiencies identified in the order issued April 23, 2012 Plaintiff must submit a first amended complaint which is complete in itself. Accordingly it is HEREBY ORDERED that:

          1.          Plaintiff's motion for clarification or modification, filed May 14, 2012, is DENIED;

///

1  2.  Plaintiff's motion for a stay of this action so the Court can consider his motion for clarification or modification is DENIED; and

3.  Within thirty days from the date of service of this order, Plaintiff shall file a first amended complaint or this action will be dismissed for failure to state a claim.

IT IS SO ORDERED.

Dated:  May 15, 2012           /s/ Barbara A. McAuliffe
                               UNITED STATES MAGISTRATE JUDGE